ADIRONDACK CORE AND PLUG COMPANY, Appellant, *v.*
THE NEW YORK CENTRAL RAILROAD COMPANY et al.,
Defendants, and MASSACHUSETTS BONDING AND INSUR-
ANCE COMPANY, Respondent.

(Argued January 18. 1934; decided February 27, 1934.)

*Fred L. Smith* for appellant.

*Phillip T. Young* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.